# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL SHAKA SENEGAL MUHAMMAD, | No. CIV S-07-1352-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, | |
| Defendant. | |
|                                     / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2). Plaintiff has not, however, submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement or the appropriate filing fee. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
2  days of the date of this order, a certified copy of his prison trust account statement, or the
3  appropriate filing fee.

5  DATED: July 25, 2007.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE